**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOYCE KEYS, individually,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through V; and ROE CORPORATIONS VI through X, inclusive,<br><br>　　　　　　Defendant. | CASE NO.: 2:12-cv-01181-JCM-PAL<br><br>**JUDGMENT** |

　　　　On June 21, 2013, this Court entered its Order on defendant State Farm Mutual Automobile Insurance Company's motion for summary judgment. (Doc. # 15.) Consistent with the Court's Order of June 21, 2013, IT IS ORDERED AND ADJUDGED THAT:

　　　　JUDGMENT SHALL BE ENTERED against Plaintiff Joyce Keys and for State Farm Mutual Automobile Insurance Company, in accordance with the Court's June 21, 2013 Order; and

　　　　Plaintiff Joyce Keys shall recover nothing against State Farm Mutual Automobile Insurance

/ /

/ /

/ /

/ /

/ /

1  Company, in accordance with the Court's June 21, 2013 Order.

2    DATED this __8th__ day of July 2013.

*signature*

JAMES C. MAHAN
UNITED STATES DISTRICT COURT

Submitted by:

   s/s: *James E. Harper*
RILEY A. CLAYTON
Nevada Bar No. 005260
JAMES E. HARPER
Nevada Bar No. 009822
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendant, State Farm
Mutual Automobile Insurance Co.

Approved as to form:

   s/s: *Robert J. Walsh*
Robert J. Walsh, Esq.
WALSH & FRIEDMAN, LTD.
400 S. Maryland Parkway
Las Vegas, NV 89101
AND
Janet S. Markley, Esq.
LAW OFFICES OF JANET S. MARKLEY
1000 Nevada Way, Suite 102
Boulder City, NV 89005
*Attorneys for Plaintiff*